UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONALD LAVERNE BARNES, II,<br><br>Petitioner,<br>v.<br><br>ISIDRO BACA, *et al.*,<br><br>Respondents. | Case No. 3:18-cv-00255-MMD-WGC<br><br>ORDER |

This action was initiated on May 31, 2018, by Nevada prisoner Ronald Laverne Barnes, II. Barnes' filings do not fall neatly within any particular category. He has captioned the primary document he has filed as a motion pursuant to Federal Rule of Civil Procedure 60(b); however, the Court finds no record of any pending action in this Court in which Barnes is a party. Barnes is a state prisoner, and, as the Court reads his filings, he appears to seek relief from his imprisonment; therefore, his filings appear to be most akin to a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court treats Barnes' filings as a petition for writ of habeas corpus.

At any rate, his filings are patently meritless, whether treated as a petition for writ of habeas corpus, a civil rights complaint, or any other sort of complaint.

Barnes did not pay the filing fee for this action, and he did not file an application to proceed *in forma pauperis*.

///

///

Furthermore, Barnes' petition is not on the form required by the Court. And, it is plainly meritless, as it does not state a claim upon which relief could conceivably be granted.

It is therefore ordered that this action is dismissed.

DATED THIS 1st day of June 2018.

MIRANDA M. DU,
UNITED STATES DISTRICT JUDGE