UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| RONALD LAVERNE BARNES, II, | Case No. 3:18-cv-00255-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

This action was initiated on May 31, 2018, by Nevada prisoner Ronald Laverne Barnes, II, and it was summarily dismissed on June 1, 2018, because Barnes did not pay the filing fee or apply for *in forma pauperis* status, because Barnes did not draft his Petition using a form approved by the Court, and because, at any rate, his Petition is plainly meritless. (*See* ECF No. 3.)

On August 31, 2018, Barnes filed a motion (ECF No. 5) in which he requests leave of the Court to amend his Petition. Barnes does not include with his motion the amended petition he would file. *See* LR 15-1(a). Moreover, his motion is untimely, and plainly frivolous.

It is therefore ordered that the Petitioner's motion, filed August 31, 2018 (ECF No. 5) is denied.

DATED THIS 5th day of September 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE